UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT A. MANN and
LAURINDA M. HOLM,

      Plaintiffs,

v.                                  **ORDER**
                                  Civil File No. 14-99 (MJD/JJG)

NATIONSTAR MORTGAGE, LLC,

      Defendant.

Caitlin Guilford and Jonathan L.R. Drewes, Drewes Law, PLLC, Counsel for Plaintiffs.

Andrew Peters and Jared D. Kemper, Dykema Gossett PLLC, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Jeanne J. Graham dated March 27, 2014. [Docket No. 13] Plaintiffs and Defendant both filed objections to the Report and Recommendation. [Docket Nos. 14, 15]

      Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

1

Court adopts the Report and Recommendation of United States Magistrate Judge Graham dated March 27, 2014.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated March 27, 2014 [Docket No. 13].

2. Defendant Nationstar Mortgage, LLC's Motion to Dismiss [Docket No. 3] is **GRANTED** as to Plaintiffs' Minn. Stat. §§ 580.02(3) and 559.01 claims and **DENIED** as to Plaintiffs' claims brought pursuant to Minn. Stat. §§ 580.12 and 582.043, subdiv. 6.

Dated:  May 28, 2014                s/ Michael J. Davis
                                    Michael J. Davis
                                    Chief Judge
                                    United States District Court